THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK v. 210 EAST SIXTY-EIGHTH STREET CORPORATION and CHARLES MAYER, Impleaded with Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ISIDORE SOKOLOW v. WESTERN UNION TELEGRAPH COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

EDWARD C. WARREN v. THOMAS ROTA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

SOLOMON ALBERT and Another v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendants filing the undertaking required by sections 593 and 594 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin and Sherman, JJ.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES v. NINSON REALTY CORPORATION and Others, Impleaded with ALTA HOLDING CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of UNITED STATES TRUST COMPANY OF NEW YORK, as Executor, etc., of HANNAH M. LYDIG, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Estate of STEPHEN S. WALSH, Deceased. MARY V. LEDDY v. THOMAS G. WALSH, Executor, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

BESSIE POMERANCE v. CITY OF NEW YORK and RODGERS & HAGERTY, INC. HENRY POMERANCE v. CITY OF NEW YORK and RODGERS & HAGERTY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LOUISE SQUIRE v. F. W. WOOLWORTH COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

MUNICIPAL SERVICE REAL ESTATE COMPANY, INC., and Another v. D. B. & M. HOLDING CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WILLIAM J. DOYLE v. CITY OF ASTORIA, OREGON. (Action No. 1.)— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAM J. DOYLE v. CITY OF ASTORIA, OREGON. (Action No. 2.)— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title to the Elevated Railroad Structures, Tracks, Stations, Platforms, Stair-

ways and Appurtenances of the MANHATTAN RAILWAY COMPANY, or by Whomsoever Owned, in East Forty-second Street, Constituting the Existing Forty-second Street Spur, in the Borough of Manhattan, City of New York, and Also to Acquire the Right to Extinguish All Rights, Easements and Franchises of Every Nature Whatsoever of Said MANHATTAN RAILWAY COMPANY or by Whomsoever Owned, to Construct, Maintain and Use Said Elevated Railroad Structures, Tracks, Stations, Platforms, Stairway and Appurtenances.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Merrell, Sherman and Townley, JJ. [See 238 App. Div. 832; *post*, p. 781.]

MAY D. HARDING v. HARRY H. KUTNER and Others, Impleaded with GENING REALTY CORPORATION.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

ANDON E. ANDON v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BESSIE POMERANCE v. CITY OF NEW YORK and RODGERS & HAGERTY, INC. HENRY POMERANCE v. CITY OF NEW YORK and RODGERS & HAGERTY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

GEZA G. REED v. GEORGE J. GUNSHOR.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ROSA SANCHEZ, as Administratrix, etc., of FRANCISCO SANCHEZ, Deceased, v. W. R. GRACE & COMPANY and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

EDWARD J. QUINTAL and Others v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

P. JACKSON HIGGS v. GEORGE DE MAZIROFF.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

JUNE KNIGHT, by BERYL VALLIKETTE, Her Guardian ad Litem, v. JACK HOLLAND and JUNE HART, Also Known as JUNE LLOYD and JUNE KNIGHT.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of CELIA HAMMER, a Stockholder of the MANUFACTURERS TRUST COMPANY, for the Appointment of Appraisers to Appraise the Value of Her Stock. In the Matter of the Application of ISADORE HAMMER, a Stockholder of the MANUFACTURERS TRUST COMPANY, for the Appointment of Appraisers, etc. In the Matter of the Application of JOSEPH WEINSTEIN, a Stockholder of the MANUFACTURERS TRUST COMPANY, for the Appointment of Appraisers, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.